**Electronically Filed
Supreme Court
SCWC-23-0000356
02-APR-2026
01:26 PM
Dkt. 17 OGAC**

SCWC-23-0000356

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————

IN THE MATTER OF THE GUARDIANSHIP OF I.W. AND T.E.

———————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000356; CASE NOS. 5GD151000035
and 5GD151000036 (consolidated))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Morikone, assigned by reason of vacancy)

Petitioners/Guardians-Appellees JK and GK's application for writ of certiorari filed on February 19, 2026, is accepted.

Under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 40.1, this court "may limit the question on review." Here, we limit the questions on review to questions presented I, II, and III of Petitioners' application for writ of certiorari.

It is further ordered, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to HRAP Rule 34(c), move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, April 2, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kevin T. Morikone

